B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of North Carolina - Greenville Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Noble Brothers Cabinets & Millwork, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>56-1622699 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>107 Marine Drive<br>Edenton, NC<br>ZIP Code 27932 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Chowan | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 5385 N. VA Dare Trl, Southern Shores, NC; 334 Evans-Bass Rd., Edenton, NC; 505 E.Church St., Elizabeth City, NC |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which**
**the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."
- ■ Debts are primarily<br>business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                          Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>   Noble Brothers Cabinets & Millwork, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>   - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br><br>      _____<br>      (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

Noble Brothers Cabinets & Millwork, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Trawick H. Stubbs, Jr.
Signature of Attorney for Debtor(s)

Trawick H. Stubbs, Jr. 4221
Printed Name of Attorney for Debtor(s)

Stubbs & Perdue, P.A.
Firm Name

PO Box 1654
New Bern, NC 28563

_____
Address

252-633-2700
Telephone Number

March 11, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Scott K. Noble
Signature of Authorized Individual

Scott K. Noble
Printed Name of Authorized Individual

Member-Manager, CEO
Title of Authorized Individual

March 11, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Greenville Division

In re   Noble Brothers Cabinets & Millwork, LLC               Case No. _____
                                Debtor(s)            Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| WellBorn Cabinet, Inc.<br>Attn: Manager or Agent<br>P.O. Box 277295<br>Atlanta, GA 30384-7295 | WellBorn Cabinet, Inc.<br>Attn: Manager or Agent<br>P.O. Box 277295<br>Atlanta, GA 30384-7295 | | | 132,123.27 |
| Trindco<br>Attn: Manager or Agent<br>1004 Obici Industrial Blvd.<br>Suffolk, VA 23434 | Trindco<br>Attn: Manager or Agent<br>1004 Obici Industrial Blvd.<br>Suffolk, VA 23434 | | | 89,545.15 |
| Earth Stone<br>Attn: Manager or Agent<br>1249 US 17 South<br>Elizabeth City, NC 27909 | Earth Stone<br>Attn: Manager or Agent<br>1249 US 17 South<br>Elizabeth City, NC 27909 | | Disputed | 63,031.74 |
| Trindco<br>Attn: Manager or Agent<br>1004 Obici Industrial Blvd.<br>Suffolk, VA 23434 | Trindco<br>Attn: Manager or Agent<br>1004 Obici Industrial Blvd.<br>Suffolk, VA 23434 | | | 34,000.00 |
| Carson Smithfield LLC<br>Attn: Manager or Agent<br>P.O. Box 9216<br>Old Bethpage, NY 11804 | Carson Smithfield LLC<br>Attn: Manager or Agent<br>P.O. Box 9216<br>Old Bethpage, NY 11804 | Collection of Advanta Credit Card account | | 32,071.93 |
| N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Unit<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Unit<br>Raleigh, NC 27602-1168 | | | 29,341.00 |
| Capital One Bank, N.A.<br>Attn: Manager or Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank, N.A.<br>Attn: Manager or Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Sam's Club - Mastercard | | 26,291.70 |
| N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Unit<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Unit<br>Raleigh, NC 27602-1168 | 14M5<br>Sales/Use Taxes | | 18,019.70<br><br>(0.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Noble Brothers Cabinets & Millwork, LLC         Case No.   _____

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 | .62 acres M/B, off of Evans Bass Road, Edenton, NC (value shown is tax value); inventory, A/R, equipment | | 16,649.36<br><br>(0.00 secured) |
| Wurth Wood Group<br>Attn:  Manager or Agent<br>3307 Chesapeake Blvd.<br>Norfolk, VA 23513 | Wurth Wood Group<br>Attn:  Manager or Agent<br>3307 Chesapeake Blvd.<br>Norfolk, VA 23513 | | | 12,663.61 |
| Davco Electric<br>Attn:  Manager or Agent<br>406 W. Lake Drive<br>Kill Devil Hills, NC 27948 | Davco Electric<br>Attn:  Manager or Agent<br>406 W. Lake Drive<br>Kill Devil Hills, NC 27948 | Past due rent | | 12,507.00 |
| Virginia Marble<br>Attn:  Manager or Agent<br>P.O. Box 766<br>Kenbridge, VA 23944 | Virginia Marble<br>Attn:  Manager or Agent<br>P.O. Box 766<br>Kenbridge, VA 23944 | | | 9,582.84 |
| Hardware Resources<br>Attn:  Manager or Agent<br>P.O. Box 72430<br>Bossier City, LA 71172 | Hardware Resources<br>Attn:  Manager or Agent<br>P.O. Box 72430<br>Bossier City, LA 71172 | | | 7,719.99 |
| Michael Cavanagh, CPA<br>P.O. Box 642<br>Edenton, NC 27932 | Michael Cavanagh, CPA<br>P.O. Box 642<br>Edenton, NC 27932 | | | 7,302.90 |
| Norandex<br>Attn:  Manager or Agent<br>555 Main Street<br>Williamsville, NY 14221 | Norandex<br>Attn:  Manager or Agent<br>555 Main Street<br>Williamsville, NY 14221 | | | 6,731.29 |
| Kellog's<br>Attn:  Manager or Agent<br>P.O. Box 99<br>Manteo, NC 27954 | Kellog's<br>Attn:  Manager or Agent<br>P.O. Box 99<br>Manteo, NC 27954 | | | 5,131.57 |
| Lowe's<br>Attn:  Manager or Agent<br>P.O. Box 530970<br>Atlanta,, GA | Lowe's<br>Attn:  Manager or Agent<br>P.O. Box 530970<br>Atlanta,, GA | | | 5,091.29 |
| Virginia Beach Marble<br>Attn:  Manager or Agent<br>506 Viking Drive<br>Virginia Beach, VA 23452 | Virginia Beach Marble<br>Attn:  Manager or Agent<br>506 Viking Drive<br>Virginia Beach, VA 23452 | | | 4,904.80 |
| Walsh Tops<br>Attn:  Manager or Agent<br>1717 South Park Court<br>Chesapeake, VA 23320 | Walsh Tops<br>Attn:  Manager or Agent<br>1717 South Park Court<br>Chesapeake, VA 23320 | | | 4,311.08 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Noble Brothers Cabinets & Millwork, LLC                     Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Chowan Co. Tax Collector<br>Attn: Managing Agent<br>PO Box 1030<br>Edenton, NC 27932 | Chowan Co. Tax Collector<br>Attn: Managing Agent<br>PO Box 1030<br>Edenton, NC 27932 | | | 3,204.02 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member-Manager, CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   March 11, 2015                              Signature    /s/ Scott K. Noble
                                                                Scott K. Noble
                                                                Member-Manager, CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina - Greenville Division

In re    Noble Brothers Cabinets & Millwork, LLC

Debtor

Case No. _____

Chapter _____ 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 53,670.00 | | |
| B - Personal Property | Yes | 4 | 150,022.77 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 199,827.32 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 33,926.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 470,203.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 203,692.77 | | |
| Total Liabilities | | | | 703,957.48 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina - Greenville Division

In re    Noble Brothers Cabinets & Millwork, LLC                                    ,    Case No. _____
                                                                    Debtor
                                                                              Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Noble Brothers Cabinets & Millwork, LLC                              ,    Case No. _____
                                                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 334-B (approx. .62 acres) Evans-Bass Road, Edenton, NC (value shown is tax value) | Fee simple | - | 53,670.00 | 173,380.57 |

|  | Sub-Total > | 53,670.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 53,670.00 |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    Noble Brothers Cabinets & Millwork, LLC                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Money Market Account 2116 at Gateway Bank, Edenton, NC | - | 8.70 |
| | | Checking account ending in 8767, Gateway Bank, Edenton, NC | - | 76.39 |
| | | Checking account ending in 3860, Southern Bank, Edenton, NC | - | 186.42 |
| | | Checking account ending in 2818, BB&T, Edenton, NC | - | 2,304.24 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            2,575.75
(Total of this page)

    3    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Noble Brothers Cabinets & Millwork, LLC
_____ ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | - | 72,075.52 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      72,075.52
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Noble Brothers Cabinets & Millwork, LLC                          ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Jeep Liberty, VIN 1JGL48506W256992 | - | 5,400.00 |
| | | 2006 Jeep Liberty, VIN 1JGL48586W255590 | - | 4,650.00 |
| | | 1/2 interest in 2002 Dodge Pickup Truck, VIN ending in 50350 co-owned with Donnie Noble (Value is $1,675) | - | 837.50 |
| | | 2004 Dodge Ram, VIN ending in 78646 | - | 12,200.00 |
| | | 2005 HOMS Trailer, VIN 45239 | - | 1,000.00 |
| | | 1/2 ownership interest in 2006 Ford Taurus, VIN 75555 co-owned with Scott Noble (Value is $1,200) | - | 600.00 |
| | | 4-2006 Dodge Van, VINs 52382 ($5,471.00), 53579 ($4,588), 52381 ($2,500) & 54866 ($500); 2005 Ram Truck, VIN 45663 ($6,725) | - | 19,784.00 |
| | | 2007 Nissan Frontier, VIN 59687 | - | 5,050.00 |
| | | 2007 Ford 500, VIN30854 | - | 1,850.00 |
| | | 2000 Pace 14 ft. Trailer, VIN 47226 | - | 500.00 |
| | | 2002 Pace Trailer, 10 ft., VIN 62954 | - | 500.00 |
| | | 2002 Continental Trailer, 20 ft., VIN 03726 | - | 1,200.00 |
| | | 2005 SUPE,16 ft. Trailer, VIN 03162 | - | 1,000.00 |
| | | 2006 Caon 12 ft. Trailer, VIN 32377 | - | 500.00 |

Sub-Total >    55,071.50
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Noble Brothers Cabinets & Millwork, LLC             ,      Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equipment, furniture, personal computer, filing cabinets ($4,000);  miscellaneous supplies ($1,500) | - | 5,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 20" Planer, 20" Bandsaw, 12" Radial saw; Hinge Boring Machine; Inline Boring Machine; Pocket Screw Machine; 8" Jointer; 12" Mitersaws; 60 gal. Air Compressor; Wide Belt Sander and miscellaneous tools ($6,500); Cabinet displays $4,700 | - | 11,200.00 |
| | | 5 h.p. 1-1/4" Spindle Shaper, G5912Z ; 10" 5 h.p. 220 volt Left-Tilting Table Saw G1023RLWX & Phase converter KG1023RLWX Multi-Box item | - | 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Scrap cabinets | - | 1,600.00 |

|  | Sub-Total > | 20,300.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 150,022.77 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Noble Brothers Cabinets & Millwork, LLC** , Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xxxxxxxx5143 | | | | 2006 Jeep Liberty, VIN 1JGL48506W256992 | | | | | |
| Creditor #: 1 Ally Attn: Manager or Agent P.O. Box 380902 Minneapolis, MN 55438 | | - | | | | | | | |
| | | | | Value $          5,400.00 | | | | 2,942.75 | 0.00 |
| Account No. xxxxxxxx2992 | | | | 2006 Jeep Liberty, VIN 1JGL48586W255590 | | | | | |
| Creditor #: 2 Ally Attn: Manager or Agent P.O. Box 380902 Minneapolis, MN 55438 | | - | | | | | | | |
| | | | | Value $          4,650.00 | | | | 3,384.30 | 0.00 |
| Account No. xxxxxx5330 | | | | First lien | | | | | |
| Creditor #: 3 Bank of Hampton Roads Attn: Manager or Agent 999 Waterside Dr, Ste 200 Norfolk, VA 23510 | X | - | | .62 acres M/B, off of Evans Bass Road, Edenton, NC (value shown is tax value); inventory, accounts, equipment | | | | | |
| | | | | Value $        143,350.83 | | | | 143,350.83 | 0.00 |
| Account No. xxxxxx8504 | | | | 2nd lien | | | | | |
| Creditor #: 4 Bank of Hampton Roads Attn: Manager or Agent 999 Waterside Dr, Ste 200 Norfolk, VA 23510 | X | - | | .62 acres M/B, off of Evans Bass Road, Edenton, NC (value shown is tax value); inventory, A/R, equipment | | | | | |
| | | | | Value $               0.00 | | | | 16,649.36 | 16,649.36 |
| ___2___ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 166,327.24 | 16,649.36 |

B6D (Official Form 6D) (12/07) - Cont.

In re   Noble Brothers Cabinets & Millwork, LLC                              ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxx-xxxxxx7-000 | | | | | 5 h.p. 1-1/4" Spindle Shaper, G5912Z; G1023RLWX & KG1023RLWX Multi-Box item (Table saw); 4th lien on A/R, inventory, machinery & equipment | | | | | |
| Creditor #: 5 Direct Capital Attn:  Manager or Agent 155 Commerce Way Portsmouth, NH 03801 | | | - | | | | | | | |
| | | | | | Value $          2,000.00 | | | | Unknown | Unknown |
| Account No. | | | | | Representing: Direct Capital | | | | Notice Only | |
| Corporation Service Company, as rep Attn:  Manager or Agent P.O. Box 2576 Springfield, IL 62708 | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. xxx xx. xxxxxx709R | | | | | Judgment 14M55 | | | | | |
| Creditor #: 6 N.C. Dept. of Labor Attn:  Manager or Agent 1101 Mail Service Center Raleigh, NC 27699 | | | - | | | | | | | |
| | | | | | Value $          0.00 | | | | 2,100.00 | 2,100.00 |
| Account No. | | | | | Judgment/Tax Lien 14M5 Sales/Use Taxes | | | | | |
| Creditor #: 7 N.C. Dept. of Revenue ATTN: Officer Office Svcs Div, Bankruptcy Unit P. O. Box 1168 Raleigh, NC 27602-1168 | | | - | | | | | | | |
| | | | | | Value $          0.00 | | | | 18,019.70 | 18,019.70 |
| Account No. xxxxx0249 | | | | | 1st lien on 4-2006 Dodge Van, VINs 52382, 53579, 52381 & 54866; 2005 Ram Truck, VIN 45663; 3rd lien on real property | | | | | |
| Creditor #: 8 Southern Bank Attn:  Manager or Agent P.O. Box 729 Mount Olive, NC 28365 | X | | - | | | | | | | |
| | | | | | Value $          19,784.00 | | | | 13,380.38 | 0.00 |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          33,500.08          20,119.70

B6D (Official Form 6D) (12/07) - Cont.

In re   Noble Brothers Cabinets & Millwork, LLC
_____,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** Small Business Administration ATTN: Managing Agent PO Box 740192 Atlanta, GA 30374 | | | | Representing: Southern Bank | | | | Notice Only | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 199,827.32 | 36,769.06 |

B6E (Official Form 6E) (4/13)

In re   Noble Brothers Cabinets & Millwork, LLC                    ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Noble Brothers Cabinets & Millwork, LLC                                      ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No.<br>Creditor #: 1<br>Chowan Co. Tax Collector<br>Attn: Managing Agent<br>PO Box 1030<br>Edenton, NC 27932 | - | | | Ad valorem taxes for 2014 | | | | 181.75 | 0.00 | 181.75 |
| Account No.<br>Creditor #: 2<br>Chowan Co. Tax Collector<br>Attn: Managing Agent<br>PO Box 1030<br>Edenton, NC 27932 | - | | | 2015<br>Ad valorem taxes | | | | Unknown | Unknown | Unknown |
| Account No.<br>Creditor #: 3<br>Chowan Co. Tax Collector<br>Attn: Managing Agent<br>PO Box 1030<br>Edenton, NC 27932 | - | | | | | | | 3,204.02 | 0.00 | 3,204.02 |
| Account No.<br>Creditor #: 4<br>City of Elizabeth City<br>Attn:  Managing Agent<br>P.O. Box 347<br>Elizabeth City, NC 27909-0347 | - | | | Privilege license | | | | 1,200.00 | 0.00 | 1,200.00 |
| Account No.<br>Creditor #: 5<br>N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Unit<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | - | | | | | | | 29,341.00 | 0.00 | 29,341.00 |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | | 0.00 | |
| (Total of this page) | 33,926.77 | | 33,926.77 |
| Total | | 0.00 | |
| (Report on Summary of Schedules) | 33,926.77 | | 33,926.77 |

B6F (Official Form 6F) (12/07)

In re   Noble Brothers Cabinets & Millwork, LLC                              Case No. _____
                                                                                        ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 1 | | | | | | | | | |
| Creditor #: 1 AC Granite Attn:  Manager or Agent 2921 N. Church Street Rocky Mount, NC 27804 | | - | | | | | | | 2,966.00 |
| Account No. xxxxROED | | | | | CWP Cabinets | | | | |
| Creditor #: 2 Accord Financial, Inc. Attn:  Manager or Agent P.O. Box 6704 Greenville, SC 29606 | | - | | | | | | | 1,699.92 |
| Account No. xxxx4432 | | | | | Dell Financial Services account | | | | |
| Creditor #: 3 American Recovery Services Attn:  Manager or Agent 555 St. Charles Drive Ste 100 Thousand Oaks, CA 91360-3983 | | - | | | | | | | 2,349.74 |
| Account No. 3762 | | | | | | | | | |
| Creditor #: 4 Capital One Attn:  Manager or Agent P.O. Box 71083 Charlotte, NC 28272 | | - | | | | | | | 192.89 |

|  __6__   continuation sheets attached | Subtotal (Total of this page) | 7,208.55 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   Noble Brothers Cabinets & Millwork, LLC                                           , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 7029 | | | | Sam's Club - Mastercard | | | | |
| Creditor #: 5 Capital One Bank, N.A. Attn:  Manager or Agent P.O. Box 71083 Charlotte, NC 28272-1083 | X | - | | | | | | 26,291.70 |
| Account No. xxxx-xxxx-xxxx-9019 | | | | Collection of Advanta Credit Card account | | | | |
| Creditor #: 6 Carson Smithfield LLC Attn:  Manager or Agent P.O. Box 9216 Old Bethpage, NY 11804 | X | - | | | | | | 32,071.93 |
| Account No. | | | | | | | | |
| Creditor #: 7 Robert Chauncey 404 S. Hughes Blvd. Elizabeth City, NC 27909 | | - | | | | | | 1,500.00 |
| Account No. | | | | Past due rent | | | | |
| Creditor #: 8 Davco Electric Attn:  Manager or Agent 406 W. Lake Drive Kill Devil Hills, NC 27948 | | - | | | | | | 12,507.00 |
| Account No. | | | | | | | | |
| Aldridge Seawell et al Attn:  Paddison Hudspeth Attorney for Davco Electric P.O. Box 339 Manteo, NC 27954 | | | | Representing: Davco Electric | | | | Notice Only |

Sheet no.  _1_  of  _6_  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,370.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Noble Brothers Cabinets & Millwork, LLC                                    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9 Creditor #: 9 Earth Stone Attn: Manager or Agent 1249 US 17 South Elizabeth City, NC 27909 | | - | | | | | X | 63,031.74 |
| Account No. Thompson & Pureza, PA Attn: C. Everett Thompson, Esq. Atty for Earth Stone 101 West Main Street Elizabeth City, NC 27909 | | | | Representing: Earth Stone | | | | Notice Only |
| Account No. xxxxx2996 Creditor #: 10 Federal Express Attn: Manager or Agent PO Box 223125 Pittsburgh, PA 15251 | | - | | | | | | 163.04 |
| Account No. xxB300 Creditor #: 11 Hardware Resources Attn: Manager or Agent P.O. Box 72430 Bossier City, LA 71172 | | - | | | | | | 7,719.99 |
| Account No. x9773 Creditor #: 12 Kellog's Attn: Manager or Agent P.O. Box 99 Manteo, NC 27954 | | - | | | | | | 5,131.57 |

Sheet no.  2  of  6  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,046.34

B6F (Official Form 6F) (12/07) - Cont.

In re   Noble Brothers Cabinets & Millwork, LLC _____ ,   Case No. _____

_____ Debtor _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx xxxx xxx185 8 | | | | | | | |
| Creditor #: 13 <br> Lowe's <br> Attn: Manager or Agent <br> P.O. Box 530970 <br> Atlanta,, GA | - | | | | | | 5,091.29 |
| Account No. xxC001 | | | | | | | |
| Creditor #: 14 <br> Michael Cavanagh, CPA <br> P.O. Box 642 <br> Edenton, NC 27932 | - | | | | | | 7,302.90 |
| Account No. xxxx1035 | | | | | | | |
| Creditor #: 15 <br> Norandex <br> Attn: Manager or Agent <br> 555 Main Street <br> Williamsville, NY 14221 | - | | | | | | 6,731.29 |
| Account No. | | | | | | | |
| Creditor #: 16 <br> Northeastern Telecom <br> Attn: Manager or Agent <br> 128 Zack Circle <br> Elizabeth City, NC 27909 | - | | | | | | 225.00 |
| Account No. 9978 | | | | | | | |
| Creditor #: 17 <br> Perry Glass <br> Attn: Manager or Agent <br> 621 West Broad Street <br> Elizabeth City, NC 27909 | - | | | | | | 1,594.54 |

Sheet no. _3_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     20,945.02

B6F (Official Form 6F) (12/07) - Cont.

In re    Noble Brothers Cabinets & Millwork, LLC                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx0416 | | | | | | | | |
| Creditor #: 18 Prof.Judgmt.Recovery for TruWood Cabinets, Inc. P.O. Box 522436 Longwood, FL 32752 | | - | | | | | | 1,147.33 |
| Account No. xxxx3197 | | | | | | | | |
| Creditor #: 19 Quill Corporation Attn: Manager or Agent P.O. Box 37600 Philadelphia, PA 19101 | | - | | | | | | 603.27 |
| Account No. xxxx-x797-9 | | | | | | | | |
| Creditor #: 20 Sherwin Williams Attn: Manager or Agent 2800 Century Pkwy, NE Suite 100 Atlanta, GA 30345 | | - | | | | | | 1,861.13 |
| Account No. xxxx1222 | | | | Lexmark Carpet Mills | | | | |
| Creditor #: 21 SKO Brenner American Attn: Manager or Agent P.O. Box 9320 Baldwin, NY 11510 | X | - | | | | | | 1,714.11 |
| Account No. | | | | | | | | |
| Creditor #: 22 Trindco Attn: Manager or Agent 1004 Obici Industrial Blvd. Suffolk, VA 23434 | X | - | | | | | | 89,545.15 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    94,870.99

B6F (Official Form 6F) (12/07) - Cont.

In re   Noble Brothers Cabinets & Millwork, LLC                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Creditor #: 23 <br> Trindco <br> Attn:  Manager or Agent <br> 1004 Obici Industrial Blvd. <br> Suffolk, VA 23434 | | - | | | | | | 34,000.00 |
| Account No. <br><br> Creditor #: 24 <br> Virginia Beach Marble <br> Attn:  Manager or Agent <br> 506 Viking Drive <br> Virginia Beach, VA 23452 | | - | | | | | | 4,904.80 |
| Account No. xx7326 <br><br> Creditor #: 25 <br> Virginia Marble <br> Attn:  Manager or Agent <br> P.O. Box 766 <br> Kenbridge, VA 23944 | | - | | | | | | 9,582.84 |
| Account No. <br><br> Creditor #: 26 <br> Walsh Tops <br> Attn:  Manager or Agent <br> 1717 South Park Court <br> Chesapeake, VA 23320 | | - | | | | | | 4,311.08 |
| Account No. xxxxxxxxx & xxxxx2984 <br><br> Creditor #: 27 <br> Waste Industries <br> Attn: Manager or Agent <br> PO Box 580027 <br> Charlotte, NC 28258-0027 | | - | | | | | | 1,176.26 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    53,974.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Noble Brothers Cabinets & Millwork, LLC         ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. xxxxxx0203 | | | | | | | | | |
| Creditor #: 28<br>WellBorn Cabinet, Inc.<br>Attn: Manager or Agent<br>P.O. Box 277295<br>Atlanta, GA 30384-7295 | - | | | | | | | | 132,123.27 |
| Account No. xxxOBLE | | | | | | | | | |
| Creditor #: 29<br>Wurth Wood Group<br>Attn: Manager or Agent<br>3307 Chesapeake Blvd.<br>Norfolk, VA 23513 | - | | | | | | | | 12,663.61 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 144,786.88 |
| --- | --- | --- |
|  | Total<br>(Report on Summary of Schedules) | 470,203.39 |

B6G (Official Form 6G) (12/07)

In re    Noble Brothers Cabinets & Millwork, LLC            ,     Case No. _____

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Robert Chauncey<br>404 S. Hughes Blvd.<br>Elizabeth City, NC 27909 | Lease for Elizabeth City showroom located at 505 E. Church Street, Elizabeth City, NC |
| Davco Electric<br>Attn: Manager or Agent<br>406 W. Lake Drive<br>Kill Devil Hills, NC 27948 | Lease of Unit 7, Sandy Ridge Center, 5385 North Virginia Dare Trail, Southern Shores, NC 27949 |
| E.W. Wilson Properties, LLC<br>107 Marine Drive<br>Edenton, NC 27932 | Lease of office, showroom and warehouse located at 107 Marine Drive, Edenton, NC |
| Waste Industries<br>Attn: Manager or Agent<br>PO Box 580027<br>Charlotte, NC 28258-0027 | Contract for waste removal |

    0

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Noble Brothers Cabinets & Millwork, LLC                                    ,    Case No. _____

                                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Carolyn Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |
| Carolyn Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Trindco<br>Attn:  Manager or Agent<br>1004 Obici Industrial Blvd.<br>Suffolk, VA 23434 |
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Carson Smithfield LLC<br>Attn:  Manager or Agent<br>P.O. Box 9216<br>Old Bethpage, NY 11804 |
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | SKO Brenner American<br>Attn:  Manager or Agent<br>P.O. Box 9320<br>Baldwin, NY 11510 |
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Southern Bank<br>Attn:  Manager or Agent<br>P.O. Box 729<br>Mount Olive, NC 28365 |
| Mia Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |

____ 1

_____ continuation sheets attached to Schedule of Codebtors

In re    Noble Brothers Cabinets & Millwork, LLC                                ,        Case No. _____
                                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mia Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Trindco<br>Attn:  Manager or Agent<br>1004 Obici Industrial Blvd.<br>Suffolk, VA 23434 |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Capital One Bank, N.A.<br>Attn:  Manager or Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | SKO Brenner American<br>Attn:  Manager or Agent<br>P.O. Box 9320<br>Baldwin, NY 11510 |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Bank of Hampton Roads<br>Attn: Manager or Agent<br>999 Waterside Dr, Ste 200<br>Norfolk, VA 23510 |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Southern Bank<br>Attn:  Manager or Agent<br>P.O. Box 729<br>Mount Olive, NC 28365 |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Greenville Division

In re   Noble Brothers Cabinets & Millwork, LLC      Case No. _____

                                            Debtor(s)        Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Member-Manager, CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March 11, 2015                Signature    /s/ Scott K. Noble _____

                                                        Scott K. Noble

                                                        Member-Manager, CEO

        *Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina - Greenville Division

In re    Noble Brothers Cabinets & Millwork, LLC             Case No.

                               Debtor(s)             Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $372,644.34 | 1/1/2015 to 3/11/2015 |
| $2,215,081.41 | 2014 |
| $2,214,501.00 | 2013 |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)  2

---

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None □

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| Trindco | 12/23/2014 - $10,760.35<br>1/14/2015 - $999.85 | $11,760.20 | $123,545.15 |
| Well Born | 12/9/2014 - $12,400.26<br>1/6/2015 - $7,533.36<br>1/13/2015 - $27,355.99<br>1/20/2015 - $9,468.96<br>1/27/2015 - $12,745.71<br>2/19/2015 - $12,918.50<br>3/3/2015 - $12,392.37 | $94,815.15 | $132,123.27 |

None □

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| Nancy Noble<br><br>  Mother of owners | March, 2014 to March 11,<br>2015 | $9,776.95 | $0.00 |
| E.W. Wilson Properties, LLC<br>107 Marine Drive<br>Edenton, NC 27932<br>  Entity owned by owners of Debtor | 03/01/2014 to 03/11/2015<br>(Paid to Bank of Hampton<br>Roads / Gateway Bank) | $14,842.76 | $0.00 |

---

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                                      3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 14 M 5, N.C. Department of Revenue v. Noble Brothers Cabinets & Millwork, LLC | Tax Lien | | Judgment for $18,019.70 |
| 14 M 55, N.C. Department of Labor Division of Occupational Safety and Health Administration vs. Noble Brothers Cabinet & Millwork, LLC | OSHA violation | N.C. Administrative Office of the Courts | Judgment for $2,158.05 |
| Earth Stone Industries, LLC v. Noble Brothers Cabinets & Millwork, LLC, 14 CVS 862 | Collection | Pasquotank County Superior Court | Pending |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          4

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Stubbs & Perdue, P.A.<br>310 Craven Street<br>PO Box 1654<br>New Bern, NC 28563-1654 | 2/26/2015<br><br>* See additional information contained in the Affidavit attached to the Application for Employment of Attorney for the Debtor | $10,000.00 |

---

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Caleb Sawyer | approximately March, 2014 | 2000 Ford Taurus, $1,200.00 |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Fall of 2014 | Debtor sold 2007 Nissan Titan to Scott Noble for $16,000 |
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Fall of 2014 | Debtor sold 2002 Suburban and 2005 Nissan Titan to Donnie Noble, $16,000 |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

B7 (Official Form 7) (04/13)                                                                                           5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Saga | 7127, Cabinets - $9,075.99 | 107 Marine Drive, Edenton, NC |
| | Hunter, Cabinets - $2,841.05 | |
| | CP #8, Cabinets - $8,335.50 | |
| | NHS, Lot #11, Cabinets - $10,933.27 | |
| | NHS, Lot #10, Cabinets - $9,556.15 | |
| | Sun Dance, Cabinets - $4,000.00 | |
| | NHS #8, Cabinets - $11,844.32 | |
| | NHS #9, Cabinets - $11,843.99 | |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                                7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(*An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.*)

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                       DATES SERVICES RENDERED
Michael Cavanagh, CPA                                                 Approximately 2010 to 2013
P.O. Box 642
Edenton, NC 27932

Doug Hollowell, CPA                                                   2014 to current
P.O. Box 567
Edenton, NC 27932

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                       DATE ISSUED
Gateway Bank
Attn: Manager or Agent
PO Box 1908
Elizabeth City, NC 27906

Southern Bank and Trust Company
Attn:  Manager or Agent
P.O. Box 729
Mount Olive, NC 28365

B7 (Official Form 7) (04/13)                                                                                                            8

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Member-Manager | 50% |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | Member-Manager, CEO | 50% |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932<br>   Owner | 3/1/2014 - 3/3/2015 | $101,699.45 |

B7 (Official Form 7) (04/13)                                                                                                          9

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932<br>Owner | 3/1/2014 to 3/3/2015 | $101,699.45 |
| Carolyn Noble<br><br>Wife of Donnie Noble | 3/1/2014 to 3/3/2015 - compensation | $37,387.15 |
| Charles N. Noble<br><br>Son of Donnie Noble | 3/1/2014 to 3/3/2015 - compensation | $42,210.00 |
| Francisco Mendez<br><br>Son-in-law of Donnie Noble | 3/1/2014 to 3/3/2015 - compensation | $41,199.96 |
| Christopher D. Noble<br><br>Son of Donnie Noble | 3/1/2014 to 3/3/2015 - compensation | $43,861.48 |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   March 11, 2015                              Signature    /s/ Scott K. Noble
                                                                 Scott K. Noble
                                                                 Member-Manager, CEO


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of North Carolina - Greenville Division

In re    Noble Brothers Cabinets & Millwork, LLC

Debtor

Case No. _____

Chapter _____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donald A. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | | 50% ownership | Membership |
| Scott K. Noble<br>107 Marine Drive<br>Edenton, NC 27932 | | 50% ownership | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member-Manager, CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____March 11, 2015_____

Signature _/s/ Scott K. Noble_____

Scott K. Noble
Member-Manager, CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

NOBLE BROTHERS CABINETS & MILLWORK LLC
107 MARINE DRIVE
EDENTON, NC 27932

FRANK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 26504
RALEIGH, NC 27611-6504

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

AC GRANITE
ATTN:  MANAGER OR AGENT
2921 N. CHURCH STREET
ROCKY MOUNT, NC 27804

ACCORD FINANCIAL, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 6704
GREENVILLE, SC 29606

ALDRIDGE SEAWELL ET AL
ATTN:  PADDISON HUDSPETH
ATTORNEY FOR DAVCO ELECTRIC
P.O. BOX 339
MANTEO, NC 27954

ALLY
ATTN:  MANAGER OR AGENT
P.O. BOX 380902
MINNEAPOLIS, MN 55438

AMERICAN RECOVERY SERVICE
ATTN:  MANAGER OR AGENT
555 ST. CHARLES DRIVE
STE 100
THOUSAND OAKS, CA 91360-3983

BANK OF HAMPTON ROADS
ATTN: MANAGER OR AGENT
999 WATERSIDE DR, STE 200
NORFOLK, VA 23510

CAPITAL ONE
ATTN:  MANAGER OR AGENT
P.O. BOX 71083
CHARLOTTE, NC 28272

CAPITAL ONE BANK, N.A.
ATTN:  MANAGER OR AGENT
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

CAROLYN NOBLE
107 MARINE DRIVE
EDENTON, NC 27932

CARSON SMITHFIELD LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 9216
OLD BETHPAGE, NY 11804

ROBERT CHAUNCEY
404 S. HUGHES BLVD.
ELIZABETH CITY, NC 27909

CHOWAN CO. TAX COLLECTOR
ATTN: MANAGING AGENT
PO BOX 1030
EDENTON, NC 27932

CITY OF ELIZABETH CITY
ATTN:  MANAGING AGENT
P.O. BOX 347
ELIZABETH CITY, NC 27909-0347

CORPORATION SERVICE COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 2576
SPRINGFIELD, IL 62708

DAVCO ELECTRIC
ATTN:  MANAGER OR AGENT
406 W. LAKE DRIVE
KILL DEVIL HILLS, NC 27948

DIRECT CAPITAL
ATTN:  MANAGER OR AGENT
155 COMMERCE WAY
PORTSMOUTH, NH 03801

DONALD A. NOBLE
107 MARINE DRIVE
EDENTON, NC 27932

E.W. WILSON PROPERTIES, LLC
107 MARINE DRIVE
EDENTON, NC 27932

EARTH STONE
ATTN:  MANAGER OR AGENT
1249 US 17 SOUTH
ELIZABETH CITY, NC 27909

FEDERAL EXPRESS
ATTN: MANAGER OR AGENT
PO BOX 223125
PITTSBURGH, PA 15251

HARDWARE RESOURCES
ATTN:  MANAGER OR AGENT
P.O. BOX 72430
BOSSIER CITY, LA 71172

KELLOG'S
ATTN:  MANAGER OR AGENT
P.O. BOX 99
MANTEO, NC 27954

LOWE'S
ATTN:  MANAGER OR AGENT
P.O. BOX 530970
ATLANTA,, GA

MIA NOBLE
107 MARINE DRIVE
EDENTON, NC 27932

MICHAEL CAVANAGH, CPA
P.O. BOX 642
EDENTON, NC 27932

N.C. DEPT. OF LABOR
ATTN:  MANAGER OR AGENT
1101 MAIL SERVICE CENTER
RALEIGH, NC 27699

N.C. DEPT. OF REVENUE
ATTN: OFFICER
OFFICE SVCS DIV, BANKRUPTCY UNIT
P. O. BOX 1168
RALEIGH, NC 27602-1168

NORANDEX
ATTN:  MANAGER OR AGENT
555 MAIN STREET
WILLIAMSVILLE, NY 14221

NORTHEASTERN TELECOM
ATTN:  MANAGER OR AGENT
128 ZACK CIRCLE
ELIZABETH CITY, NC 27909

PERRY GLASS
ATTN:  MANAGER OR AGENT
621 WEST BROAD STREET
ELIZABETH CITY, NC 27909

PROF.JUDGMT.RECOVERY
FOR TRUWOOD CABINETS, INC.
P.O. BOX 522436
LONGWOOD, FL 32752

QUILL CORPORATION
ATTN:  MANAGER OR AGENT
P.O. BOX 37600
PHILADELPHIA, PA 19101

SCOTT K. NOBLE
107 MARINE DRIVE
EDENTON, NC 27932

SHERWIN WILLIAMS
ATTN:  MANAGER OR AGENT
2800 CENTURY PKWY, NE
SUITE 100
ATLANTA, GA 30345

SKO BRENNER AMERICAN
ATTN:  MANAGER OR AGENT
P.O. BOX 9320
BALDWIN, NY 11510

SMALL BUSINESS ADMINISTRATION
ATTN: MANAGING AGENT
PO BOX 740192
ATLANTA, GA 30374

SOUTHERN BANK
ATTN:  MANAGER OR AGENT
P.O. BOX 729
MOUNT OLIVE, NC 28365

THOMPSON & PUREZA, PA
ATTN: C. EVERETT THOMPSON, E
ATTY FOR EARTH STONE
101 WEST MAIN STREET
ELIZABETH CITY, NC 27909

TRINDCO
ATTN:  MANAGER OR AGENT
1004 OBICI INDUSTRIAL BLVD.
SUFFOLK, VA 23434

VIRGINIA BEACH MARBLE
ATTN:  MANAGER OR AGENT
506 VIKING DRIVE
VIRGINIA BEACH, VA 23452

VIRGINIA MARBLE
ATTN:  MANAGER OR AGENT
P.O. BOX 766
KENBRIDGE, VA 23944

WALSH TOPS
ATTN:  MANAGER OR AGENT
1717 SOUTH PARK COURT
CHESAPEAKE, VA 23320

WASTE INDUSTRIES
ATTN: MANAGER OR AGENT
PO BOX 580027
CHARLOTTE, NC 28258-0027

WELLBORN CABINET, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 277295
ATLANTA, GA 30384-7295

WURTH  WOOD  GROUP
ATTN:   MANAGER  OR  AGENT
3307 CHESAPEAKE  BLVD.
NORFOLK, VA 23513

## United States Bankruptcy Court
### Eastern District of North Carolina - Greenville Division

In re   Noble Brothers Cabinets & Millwork, LLC

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager, CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 11, 2015

/s/ Scott K. Noble
Scott K. Noble/Member-Manager, CEO
Signer/Title